AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>Jessica Lopez | ) <br> ) <br> ) <br> )   Case No:   8:11CR179 <br> )   USM No:   24196-047 <br> ) |

Date of Original Judgment:    11/10/2011   )
Date of Previous Amended Judgment:   09/11/2012   )   Kelly M. Steenbock
*(Use Date of Last Amended Judgment if Any)*        *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of    81 months    months **is reduced to**   65 months     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    09/11/2012    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:     04/23/2015

*Judge's signature*

Effective Date:     11/02/2015       Laurie Smith Camp, Chief U.S. District Judge
*(if different from order date)*            *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:  Jessica Lopez

CASE NUMBER:  8:11CR179

DISTRICT:  District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level:  29 | Amended Total Offense Level:  27 | |
| Criminal History Category:  III | Criminal History Category:  III | |
| Previous Guideline Range:  108  to  135  months | Amended Guideline Range:  87  to  108  months | |

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

The Defendant's pro se Motion for Reconsideration to Reduce Sentence  - USSC Amendment (Filing No. 85) is granted, the Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 91) is granted and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 92) is approved.